# MINUTES

CASE NUMBER:    CIVIL NO. 15-00193LEK-RLP

CASE NAME:    Marvin Iseke, et al. Vs. City and County of Honolulu, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi    REPORTER:

DATE:    01/19/2017    TIME:

COURT ACTION:   EO: COURT ORDER REGARDING DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS

On November 1, 2016, Defendant United States Department of Housing and Urban Development ("HUD") made a special appearance in the instant matter in order to file a Motion to Dismiss ("Motion"). [Dkt. nos. 80, 81.] On November 16, 2016, pro se Plaintiffs Marvin Iseke ("Iseke"), Alice Ubando ("Ubando"), and Shirley Ann Lessary ("Lessary," and collectively "Plaintiffs") filed a memorandum in opposition to the Motion. [Dkt. no. 88.] The same day, Iseke filed a declaration in support of Plaintiffs' opposition ("Iseke Declaration"). [Dkt. no. 89.]

Plaintiffs are proceeding pro se, and the Court must construe their filings liberally. See, e.g., Slavic v. Lalotoa, CV. NO. 16-00601 DKW-RLP, 2017 WL 53700, at *2 n.2 (D. Hawai`i Jan. 4, 2017) ("Because [the plaintiff] is proceeding pro se, the Court liberally construes his pleadings." (citing Eldridge v. Block, 832 F.3d 1132, 1137 (9th Cir. 1987))). The Motion seeks to dismiss the claims against HUD "for insufficient service of process, failure to timely serve, and failure to prosecute." [Motion at 1.] It is clear from the record that Plaintiffs' initial attempts at, or claims of, service of process were insufficient. However, the Iseke Declaration describes a series of efforts Plaintiffs made to serve HUD, beginning on May 29, 2015. [Iseke Decl. at ¶¶ 1-9.] Given Plaintiffs' pro se status and the information in the Iseke Declaration, the Court FINDS that there has not been a failure to prosecute in the instant matter.

After reviewing the Iseke Declaration, the Court is inclined to find that Plaintiffs have complied with Fed. R. Civ. P. 4(i)(1)-(2). See Iseke Declaration at ¶¶ 6-7 (describing:  in-person service of the United States Attorney for the District of Hawai`i;

and service of the Attorney General of the United States ("Attorney General") and HUD by certified mail); <u>id.</u>, Exh. 3 (certified mail receipts for the Attorney General and HUD). Under Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  The Court HEREBY ORDERS HUD to submit a letter brief of no more than three pages stating whether, given the Iseke Declaration, it is still disputing sufficient service in the instant matter.  HUD's letter brief must be submitted by **January 26, 2017.**  In addition, if HUD takes the position that Plaintiffs have failed to comply with the requirements of Rule 4, the letter brief should address why the Court should not simply order that Plaintiffs effect proper service "within a specified time."  <u>See</u> Rule 4(m).

   IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager