# MINUTES

CASE NUMBER: CIVIL NO. 15-00193LEK-RLP

CASE NAME: Marvin Iseke, et al. Vs. City and County of Honolulu, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 01/19/2017                    TIME:

COURT ACTION: EO: COURT ORDER RESERVING RULING ON DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO STRIKE PLAINTIFFS' DECLARATIONS (ECF 72 & 73)

On September 29, 2016, Defendant City and County of Honolulu ("Defendant" or "the City") filed a Motion for Summary Judgment ("the City's Summary Judgment Motion"). [Dkt. no. 67.] On September 30, 2016, pro se Plaintiffs Marvin Iseke, Alice Ubando, and Shirley Ann Lessary ("Plaintiffs") filed a Motion for Summary Judgment ("Plaintiffs' Summary Judgment Motion," and collectively "Summary Judgment Motions"). [Dkt. no. 70.] The Summary Judgment Motions are fully briefed and pending.

On November 14, 2016, the City filed a Motion to Strike Plaintiffs' Declarations (ECF 72 & 73) ("Motion to Strike"). [Dkt. no. 85.] Plaintiffs filed a memorandum in opposition on December 5, 2016, and the City filed a reply on December 12, 2016. [Dkt. nos. 93, 94.] The City seeks to strike the Declaration of Marvin Iseke, Declaration of Shirley Ann Lessary, and Declaration of Alice Ubando ("the Declarations"), [dkt. nos. 72, 73, 104,] which were filed in support of Plaintiffs' Summary Judgment Motion. The City argues that Plaintiffs' only claim against it alleges a violation of the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321, *et seq.*, and therefore the Court's review is limited to the administrative record. [Mem. in Supp. of Motion to Strike at 2-3.] It is clear to the Court that, to rule on the Motion to Strike, it must consider Plaintiffs' Summary Judgment Motion. The Court therefore RESERVES RULING on the Motion to Strike. The Court will take this matter under advisement, and issue a written order on the Summary Judgment Motions and the Motion to Strike.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager